

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Sean A. Malley
212.583.2691 direct
212.583.9600 main
smalley@littler.com

October 12, 2016

**VIA ECF**

Hon. Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Eric Rogers v. Pep Boys -Manny, Moe & Jack of Delaware, Inc.,* **et al.**
16-cv-3926 (RRM)(RML)

Dear Judge Levy:

We represent Defendant Pep Boys – Manny, Moe & Jack of Delaware, Inc. in the above-referenced matter.  We write to inform the Court that the parties have reached settlement in principle of all claims, including attorney's fees.  The parties jointly request that the Court stay all deadlines until October 21, 2016 to allow the parties to finalize the language of the settlement agreement, and for Plaintiff to file a notice of discontinuance.

We thank the Court for its attention to this matter.

Sincerely,


*/s/ Sean A. Malley*

Sean A. Malley


Cc: Deon Joshua Nossel, Esq. (Via ECF)

littler.com