UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC ROGERS,<br><br>      Plaintiff,<br><br> -against-<br><br>PEP BOYS - MANNY, MOE & JACK OF DELAWARE, INC.; and LUPO REALTY, LLC,<br><br>      Defendants. | Case No. 16-cv-03926–RRM-RML<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Eric Rogers, by the undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against the defendants Pep Boys - Manny, Moe & Jack of Delaware, Inc. and Lupo Realty, LLC.

Dated: New York, New York
    December 9, 2016

                     s/ Deon J. Nossel
                     _____
                     By: Deon J. Nossel
                     *Attorney for Plaintiff*
                     253 West 72nd Street, #507
                     New York, New York 10023
                     (917) 817-2430
                     deon.nossel@gmail.com